No. 94–9153. FAIZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9154. FRIEDMAN *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. C. A. 1st Cir. Certiorari denied.

No. 94–9155. WADE *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 94–9156. VALENTEEN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 94–9161. DOUGLAS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9162. GILLEY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9163. PENDERGRASS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 94–9164. HERNANDEZ-FUNDORA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–9168. ADAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–9170. WASHPUN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 94–9171. WALSH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–9173. SOTO-OLIVAS *v.* UNITED STATES; and FRANCE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9176. PROFFIT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 94–9181. MARTINEZ-CANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 94–9183. VILLOT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.